UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY RAY BOWLES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:05-0236 |
| ) | Judge Trauger |
| RICKY J. BELL, WARDEN, ) | |
| ) | |
| Respondent. ) | |

ORDER

The petitioner, proceeding *pro se*, is an inmate in the Riverbend Maximum Security Institution in Nashville, Tennessee. He brings this action seeking federal *habeas corpus* relief under 28 U.S.C. § 2254.

As provided in the Memorandum entered contemporaneously herewith, the following is ordered:

1) The petitioner's motion to stay these proceedings, holding them in abeyance while he exhausts his Sixth Amendment claim in State Court (Docket Entry No. 9), is DENIED for futility.

2) The petitioner's request for federal *habeas corpus* relief (Docket Entry No. 1) is DENIED, and this action is dismissed.

3) The petitioner's motion for appointment of counsel (Docket Entry No. 8) is DENIED as moot.

Should the petitioner file a timely notice of appeal from this Order, such notice shall be docketed as both a notice of appeal and an application for a certificate of appealability, 28 U.S.C. § 2253(c); Rule 22(b), Fed. R. App. P.; *see Slack v. McDaniel*, 529 U.S. 473, 483 (2000), which will not issue because the petitioner has failed to make a substantial showing of the denial of a

constitutional right. *Castro v. United States of America*, 310 F.3d 900, 901 (6th Cir. 2002)(citing *Lyons v. Ohio Adult Parole Auth.*, 105 F.3d 1063, 1072 (6th Cir. 1997) and *Murphy v. Ohio*, 263 F.3d 466, 467 (6th Cir. 2001)).

Entry of this Order shall constitute the judgment in this action.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge